UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CODY L. ROMERO,

    Plaintiff,

vs.

    CIVIL ACTION NO.
    3:13-cv-00491-MCR-EMT

MASTER INSULATION, INC.,

    Defendant.

## JOINT MOTION FOR APPROVAL OF FLSA ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES

COME NOW, the Plaintiff **CODY L. ROMERO** in the above-captioned litigation (hereinafter "Plaintiff") and Defendant **MASTER INSULATION, INC.** (hereinafter "Defendant")[1], by and through their attorneys of record, and move this Court to approve the settlement of this case against Defendant, and in support thereof, the Parties state as follows:

1. This is an action under the Fair Labor Standards Act where the Plaintiff alleges that Defendant failed to pay him compensation, including overtime compensation, for all hours of work in excess of 40 hours in a workweek in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Defendant denies these allegations.

2. The Parties have engaged in good faith, arm's-length negotiations in an effort to settle the Plaintiff's claims against Defendant. As a result of such negotiations, the Parties have agreed to settle the issues, matters, and things in dispute between and among them pursuant to the terms of the Settlement Agreement attached hereto as Exhibit 1.

3. The Parties have reached a settlement in this matter, which, pending the Court's approval, resolves the wage and hour claims of Plaintiff.

---

[1] Plaintiff and Defendant are referred to as "Parties" when referred to collectively herein.

1

4.      The Parties agree that the terms of the Settlement Agreement are fair, reasonable, adequate, and in the Parties' best interests.

5.      Court approval is necessary to effectuate a valid and enforceable release of Plaintiff's FLSA claims.

6.      The Parties, through their counsel, hereby seek judicial approval of their compromise and the resolution of the dispute between Plaintiff and Defendant. Accordingly, the Parties jointly submit the Settlement Agreement to the Court.

WHEREFORE, THESE PREMISES CONSIDERED, the Parties respectfully request that this Court approve their compromise and the resolution of the dispute between Plaintiff and Defendant, and that this Court grants such other, further and different relief as this Court deems fair and just.

Respectfully submitted this the 15th day of January, 2014.

| /s/ Raymond F. Higgins, III | /s/ Joseph A. Passeretti |
|---|---|
| Larry A. Matthews | Joseph A. Passeretti |
| Florida Bar No.: 0339601 | Florida Bar No.: 860751 |
| lmatthews@matthewshigginslaw.com | jap@esclaw.com |
| Raymond F. Higgins, III | Emmanuel, Sheppard & Condon |
| Florida Bar No.: 0153117 | 30 S. Spring Street |
| rhiggins@matthewshigginslaw.com | Pensacola, FL  32502 |
| Matthews & Higgins, LLC | Telephone: (850) 433-6581 |
| 114 E. Gregory Street | Facsimile:  (850) 434-5856 |
| Pensacola, Florida 32502 | **Attorneys for the Defendant** |
| Telephone: (850) 434-2200 | |
| Facsimile: (850) 434-2600 | |
| **Attorneys for the Plaintiff** | |